THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MCMILLAN, Appellant.— Judgment of the Supreme Court, Nassau County, rendered January 13, 1972, affirmed. No opinion. Notice of appeal amended to correct the date set forth therein as that of the judgment, from November 17, 1971 (the verdict date) to January 13, 1972 (the sentence date). Latham, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PERCY RUTHERFORD, Appellant.— Order of the County Court, Nassau County, dated May 14, 1971, affirmed. (See People v. Rutherford, 28 A D 2d 824, affd. 21 N Y 2d 889; United States ex rel. Rutherford v. Deegan, 406 F. 2d 217, cert. den. 395 U. S. 983.) Latham, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD TILLMAN, Appellant.— Judgment of the Supreme Court, Kings County, rendered May 25, 1971, affirmed (CPL 470.05, subd. 1). Rabin, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL WILLIAMS, Appellant.— Order of the Supreme Court, Kings County, dated April 1, 1971, affirmed. No opinion. Appeal from a second order of the Supreme Court, Kings County, dated April 1, 1971, which denied reargument, dismissed. No appeal lies from such an order. Rabin, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. H. ROBERT GARDNER, Appellant, v. FLORENCE GARDNER, Respondent. In the Matter of FLORENCE (ISAACS) GARDNER, Respondent, v. H. ROBERT GARDNER, Appellant.— In consolidated proceedings (one in habeas corpus and one for support) the appeal is from an order of the Family Court, Westchester County, dated June 2, 1971, which granted respondent's motion for a counsel fee. Order modified, in the exercise of discretion, by reducing the counsel fee award, inclusive of disbursements, from $2,025.24 to $1,800 and by reducing the installment payments accordingly. As so modified, order affirmed, without costs. In our opinion the fee awarded was excessive to the extent indicated herein. Hopkins, Acting P. J., Munder, Martuscello, Gulotta and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEON E. WEST, Appellant, v. JOHN L. ZELKER, Superintendent of Green Haven Correctional Facility, Respondent.— In a habeas corpus proceeding, defendant appeals from a judgment of the Supreme Court, Dutchess County, dated October 2, 1972, which dismissed the writ nunc pro tunc as of November 16, 1971. Judgment affirmed, without costs. The minutes of the Supreme Court, Albany County, sufficiently show that an order was made in this case, duly transferring the trial of the indictment from the Supreme Court to the County Court, Albany County. Hence, the County Court had jurisdiction over appellant at the time of his 1959 trial and conviction. Munder, Acting P. J., Latham, Gulotta, Christ and Benjamin, JJ., concur.